UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAKEEL ABDUL-RASHEED, on
behalf of himself and all others
similarly situated,

    Plaintiff,

Case No.: 8:13-cv-879-T-24MAP

vs.

KABLELINK COMMUNICATIONS,
LLC, a Florida Limited Liability
Company, and KABLELINK
COMMUNICATIONS OF NORTH
CAROLINA, LLC, a Florida Limited
Liability Company,

    Defendants.

## NOTICE OF LAWSUIT

TO:    ALL PERSONS CURRENTLY OR FORMERLY EMPLOYED AS "CABLE INSTALLERS," "INSTALLERS," "CABLE INSTALLATION CONTRACTORS" AND/OR "FIELD TECHNICIANS" BY KABLELINK COMMUNICATIONS, LLC AND/OR KABLELINK COMMUNICATIONS OF NORTH CAROLINA, LLC, IN FLORIDA WHO WERE CLASSIFIED AS "INDEPENDENT CONTRACTORS" AND WHO DID NOT RECEIVE MINIMUM WAGES AND/OR OVERTIME COMPENSATION FOR THE PERIOD NOVEMBER 2010 TO THE PRESENT.

RE:    FAIR LABOR STANDARDS ACT ("FLSA") LAWSUIT AGAINST KABLELINK COMMUNICATIONS, LLC and KABLELINK COMMUNICATIONS OF NORTH CAROLINA, LLC, FOR DEFENDANTS' ALLEGED FAILURE TO PAY PROPER MINIMUM WAGES AND OVERTIME WAGES. THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA. ALTHOUGH SO AUTHORIZED, THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF THE CLAIMS OR DEFENSES OF THE PARTIES. PLEASE DO NOT CALL OR WRITE THE JUDGE ASSIGNED TO THIS MATTER. THE JUDGE CANNOT ANSWER QUESTIONS CONCERNING THIS LAWSUIT OR THIS NOTICE.

**1.      PURPOSE OF THIS NOTICE**

The purpose of this Notice is to inform you that you may be eligible to participate in a lawsuit against Kablelink Communications, LLC and Kablelink Communications of North Carolina, LLC and to inform you of the procedure you must follow to participate in the lawsuit if you so desire.

**2.      DESCRIPTION OF THE LAWSUIT**

This lawsuit is brought by Shakeel Abdul-Rasheed, a former Cable Installer on behalf of himself and all other similarly-situated employees ("Plaintiffs"). Plaintiffs assert that they were misclassified as "independent contractors" who were subject to Defendants' "charge back" policy and who did not receive proper minimum wages and/or overtime compensation. Plaintiffs allege that Defendants should have kept track of their actual hours worked (including travel time) and that Defendants should have paid them the federal minimum wage as well as overtime compensation for the hours they worked over forty (40) each week. Defendants deny that their Cable Installers were/are misclassified and deny that it violated/continues to violate the FLSA. This lawsuit is currently in the early pretrial stage in the United States District Court for the Middle District of Florida in Tampa, Florida, and it is assigned to United States District Judge Susan Bucklew. The Court overseeing this lawsuit has not made any determination whether anyone is entitled to any compensation.

**3.      PERSONS ELIGIBLE TO PARTICIPATE IN THE LAWSUIT**

You may be eligible to join this lawsuit if you worked as an "Installer," "Cable Installer," "Cable Installation Contractor" and/or "Field Technician" for Defendants ***between November 2010 and the present***, in the state of Florida.

**4.      YOUR CHOICE TO PARTICIPATE IN THE LAWSUIT**

The named Plaintiff seeks to sue on behalf of any and all other persons employed as Cable Installers, who were classified as "Independent Contractors," and who did not receive proper minimum wages and/or overtime compensation for the relevant three year period. If you fit the definition above, you may choose to join this action by mailing, faxing, or emailing the attached **Consent Form** to **Plaintiffs' Counsel** (at the address below) for filing with the Court. If you are reading this Notice at your place of employment, you may contact Plaintiffs' Counsel directly for a copy of the Consent Form:

**Christina J. Thomas, Esq.**
cthomas@forthepeople.com
**Bernard R. Mazaheri, Esq.**
bmazaheri@forthepeople.com
**Morgan & Morgan, PA**
**20 N. Orange Avenue, 14th Floor**
**Orlando, Florida 32801**
**Tel: (407) 420-1414**
**Fax: (407) 245-3487**

The Consent Form **must be received** by Plaintiff's Counsel on or before _____ for you to participate in this case. If you fail to return the completed consent form to Plaintiffs' counsel by _____ you may not be able to participate in this lawsuit. It is entirely your own decision whether or not to join this suit.

5. **YOUR RIGHT TO DECLINE PARTICIPATION IN THIS LAWSUIT**

You are not required to participate in this lawsuit. If you do not want to participate in this lawsuit you do not have to do anything at this time. A recovery of money is not certain for those who do participate in the lawsuit. However, if you do not participate in the lawsuit, you will not be eligible to receive any portion of any recovery that might be obtained by the Plaintiffs. If you choose not to join this lawsuit, you are free to retain your own attorney and file your own lawsuit.

6. **EFFECT OF JOINING THE LAWSUIT**

If you join this lawsuit, you will be bound by any judgment of the Court, whether favorable or unfavorable. If you choose to join this suit, you may be required to provide information, sit for depositions and testify in Court while the suit is proceeding. By joining this lawsuit, you designate the named Plaintiff as your agent to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative Plaintiffs will be binding on you if you join this lawsuit. The attorneys for the Plaintiffs may be entitled to receive the payment of attorneys' fees and costs in this lawsuit should there be a recovery or judgment in Plaintiffs' favor. If there is no recovery or judgment in Plaintiffs' favor, you will not be responsible for any attorneys' fees. Any payment of attorneys' fees by Defendant to Plaintiffs' counsel may be subject to prior Court approval.

7. **ANY RETALIATION IS FORBIDDEN BY FEDERAL LAW**

Federal law prohibits Defendants from firing or in any way discriminating against you because you have joined this lawsuit. Therefore, Defendants are prohibited from discharging you or retaliating against you in any other manner because you choose to participate in this lawsuit. Participating in the lawsuit does not excuse current employees from complying with Defendants' existing policies and work rules.

8. **ARBITRATION PROVISION UNENFORCEABLE**

If you have signed an independent contractor agreement that contains a mandatory arbitration provision and waiver of your right to proceed in a collective action, you may still choose to opt into the currently pending case of <u>Shakeel Abdul-Rasheed v. Kablelink Communications, LLC, et al.</u>, case number 8:13-cv-879-T-24 MAP.

**9.      YOUR LEGAL REPRESENTATION IF YOU JOIN**

If you participate in this lawsuit, you will be represented by the following attorneys:

**Christina J. Thomas, Esq.**
**cthomas@forthepeople.com**
**Bernard R. Mazaheri, Esq.**
**bmazaheri@forthepeople.com**
**MORGAN & MORGAN, PA**
**20 N. Orange Avenue, 14th Floor**
**Orlando, Florida 32801**
**Tel: (407) 420-1414**
**Fax: (407) 245-3487**
*Counsel for Plaintiffs*

**10.      FURTHER INFORMATION**

Further information about this Notice, the attached Notice of Consent form, the deadline for filing your form, or any other aspect of this lawsuit may be obtained by contacting Plaintiffs' counsel at the number and address stated above. If you desire to communicate with the attorneys representing Defendants, you can contact:

Gretchen M. Lehman, Esq.
Ignacio J. Garcia, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
100 N. Tampa St., Suite 3350
Tampa, Florida 33602
Tel: (813) 289-1247
*Counsel for Defendants*