## Christina Thomas x5076

| | |
|---|---|
| **From:** | Gillespie, Peter <pgillespie@laborlawyers.com> |
| **Sent:** | Wednesday, February 19, 2014 2:11 PM |
| **To:** | Christina Thomas x5076 |
| **Cc:** | Bernard Mazaheri x5168; Froman, Andrew; Ryan Morgan x5028 |
| **Subject:** | RE: 1610992 Abdul- Rasheed, Shakeel vs Kablelink: Abdul-Rasheed v. Kablelink: Responses to Written Discovery |

Counsel:

Kablelink's discovery responses were timely, and, as you know, some of the individuals you are asking about only joined the case yesterday.  In any event, based on the scope of the documents requested by Plaintiffs, we can provide the following estimate of the volume of documents at issue and apprise you of a projected timetable for making these documents available.

First, as you know, the plaintiffs in this case were paid based on the jobs that they performed.  Kablelink has records of the work orders assigned to each plaintiff, which provides the basis for Kablelink's calculation of how much each plaintiff was paid.  Given the current size of the class and the scope of the time period at issue, our client currently estimates that the work orders relating to the jobs performed by the class members exceeds 100,000 pages.  These documents will need to be retrieved from files containing roughly 1.2 million work orders and are stored in a number of remote locations.  Assembling this information in hard copy format will likely require two to four weeks.

In addition, Kablelink has copies of its agreements with the class members and other ancillary documents relating to their engagement by Kablelink, which, on average, includes 10-25 pages per plaintiff.  This is because some contractors signed multiple agreements, some executed tool lease/purchase agreements. All had certain licenses. Some had insurance, others had insurance waivers. These files can be made available for inspection by Wednesday morning, February 26 at Kablelink offices at 5510 N. Hesperides Street in Tampa, Florida.

Kablelink can also provide check registries and copies of checks issued and form 1099s for each Plaintiff.  Depending on how long each plaintiff worked, these check registries likely range from 5-20 pages for each class member.  These files can be made available for inspection by Wednesday morning, February 26 at Kablelink offices on Hesperides Street in Tampa, Florida.

Finally, Kablelink has documents relating to a 2004 DOL investigation, which included the DOL's investigation of whether Kablelink properly classified its technicians as independent contractors, as well as documents from its client describing the standards that applied to the work performed by Plaintiff.  These files can be made available for inspection by Wednesday morning, February 26 at Kablelink offices on Hesperides Street in Tampa, Florida.

These documents currently are not all located at the Tampa office identified above, but are in disparate locations because, as you know, your clients contracted with Kablelink at disparate locations. Our intention is to locate the documents at each of the sites, review them for confidential and/or proprietary information, and then have them transported to Tampa, so that you can review them in a single location.

Please contact us to discuss which documents you want Kablelink to make available for inspection, so that we can coordinate this in an orderly manner.

Very truly yours,

**Peter J. Gillespie**
**Attorney at Law**

pgillespie@laborlawyers.com | O: (312) 580-7802

1

10 South Wacker Drive | Suite 3450 | Chicago, IL 60606
All New Content: "One Day, Many Solutions: Employment Law Coast to Coast"
March, April & May 2014 Seminars coming to a city near you!
Visit **www.laborlawyers.com/2014seminars**

**FISHER & PHILLIPS** LLP

| vCard | Bio | Website | Representing employers nationally in labor and employment matters |

Atlanta | Baltimore | Boston | Charlotte | Chicago | Cleveland | Columbia | Columbus | Dallas | Denver | Fort Lauderdale | Gulfport
Houston | Irvine | Kansas City | Las Vegas | Los Angeles | Louisville | Memphis | New England | New Jersey | New Orleans
Orlando | Philadelphia | Phoenix | Portland | San Antonio | San Diego | San Francisco | Tampa | Washington, DC

This message originates from the law firm of Fisher & Phillips LLP and may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient and have received this message in error, please notify us at postmaster@laborlawyers.com and please delete this message from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited.

**From:** Christina Thomas [mailto:CThomas@forthepeople.com]
**Sent:** Wednesday, February 19, 2014 12:26 PM
**To:** Gillespie, Peter
**Cc:** Bernard Mazaheri; Froman, Andrew; RMorgan@ForThePeople.com
**Subject:** Re: Abdul-Rasheed v. Kablelink: Responses to Written Discovery

Peter,

We sent the Requests for Production more than 30 days ago. The documents should have been produced already.

We appreciate your prompt response. Let me know if we need to have a conference call to discuss further.

Christina


Christina J. Thomas
Attorney at Law
Morgan & Morgan, P.A.
20 N. Orange Ave.
14th Floor
Orlando, Florida 32801
Tel: (407) 420-1414
www.forthepeople.com


On Feb 19, 2014, at 12:12 PM, "Gillespie, Peter" <pgillespie@laborlawyers.com> wrote:

> Counsel,

You wrote to me at 8:25 p.m. last night, and it is now at little after 11:00 a.m. my time.  We are confirming your request with our client regarding the details at the moment, and will provide you with a further update shortly.

Very truly yours,

Pete

**Peter J. Gillespie**

**Attorney at Law**

pgillespie@laborlawyers.com | O: (312) 580-7802

10 South Wacker Drive | Suite 3450 | Chicago, IL 60606

All New Content: "One Day, Many Solutions: Employment Law Coast to Coast"
March, April & May 2014 Seminars coming to a city near you!
Visit **www.laborlawyers.com/2014seminars**

<image001.gif>

|     vCard   |   Bio   |   Website     | **Representing employers nationally in labor and employment matters** |
|---|---|

Atlanta | Baltimore | Boston | Charlotte | Chicago | Cleveland | Columbia | Columbus | Dallas | Denver | Fort Lauderdale | Gulfport
Houston | Irvine | Kansas City | Las Vegas | Los Angeles | Louisville | Memphis | New England | New Jersey | New Orleans
Orlando | Philadelphia | Phoenix | Portland | San Antonio | San Diego | San Francisco | Tampa | Washington, DC

*This message originates from the law firm of Fisher & Phillips LLP and may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient and have received this message in error, please notify us at postmaster@laborlawyers.com and please delete this message from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited.*

---

**From:** Christina Thomas [mailto:CThomas@forthepeople.com]
**Sent:** Wednesday, February 19, 2014 10:53 AM
**To:** Gillespie, Peter
**Cc:** Bernard Mazaheri; Froman, Andrew; RMorgan@ForThePeople.com
**Subject:** Re: Abdul-Rasheed v. Kablelink: Responses to Written Discovery


Hi, Peter.

I never got a response from you to my email below. Can you please advise? Otherwise we'll have to file a motion to compel.

Thank you,

Christina J. Thomas
Attorney at Law
Morgan & Morgan, P.A.
20 N. Orange Ave.
14th Floor
Orlando, Florida 32801
Tel: (407) 420-1414

www.forthepeople.com

On Feb 18, 2014, at 9:25 PM, "Christina Thomas x5076" <CThomas@forthepeople.com> wrote:

> Thank you.
>
> Can you please provide an estimate of the number of responsive documents? Also, If you are able to provide the the responsive documents in electronic format please do so by noon on Friday.
>
> If not, we will arrange for our copying service to come by either tomorrow afternoon or Thursday morning. We just need to know the physical address where the documents are being held and the name of the custodian so we can provide the appropriate instruction.
>
> Thank you and have a nice evening.
>
> Christina
>
> Christina J. Thomas
> Attorney at Law
> Morgan & Morgan, P.A.
> 20 N. Orange Ave.
> 14th Floor
> Orlando, Florida 32801
> Tel: (407) 420-1414
> www.forthepeople.com
>
>
> On Feb 18, 2014, at 9:03 PM, "Gillespie, Peter" <pgillespie@laborlawyers.com> wrote:
>
>> Dear Counsel:
>>
>> Attached are Defendants' responses to the document requests and second set of interrogatories served by Plaintiffs.
>>
>> Very truly yours,
>>
>> Pete
>>
>> Peter J. Gillespie
>> Attorney at Law
>>
>> pgillespie@laborlawyers.com<mailto:pgillespie@laborlawyers.com> | O: (312) 580-7802
>> 10 South Wacker Drive | Suite 3450 | Chicago, IL 60606
>>
>>
>>
>> All New Content: "One Day, Many Solutions: Employment Law Coast to Coast"
>> March, April & May 2014 Seminars coming to a city near you!
>> Visit www.laborlawyers.com/2014seminars<http://www.laborlawyers.com/2014seminars>

>>
>>
>>
>> [Fisher & Phillips LLP]
>>
>> vCard<http://www.laborlawyers.com/getvcard.aspx?id=12156> | Bio<http://www.laborlawyers.com/pgillespie> | Website<http://www.laborlawyers.com>
>>
>> Representing employers nationally in labor and employment matters
>>
>>
>>
>> Atlanta | Baltimore | Boston | Charlotte | Chicago | Cleveland | Columbia | Columbus | Dallas | Denver | Fort Lauderdale | Gulfport
>> Houston | Irvine | Kansas City | Las Vegas | Los Angeles | Louisville | Memphis | New England | New Jersey | New Orleans
>> Orlando | Philadelphia | Phoenix | Portland | San Antonio | San Diego | San Francisco | Tampa | Washington, DC
>>
>> _____
>>
>> This message originates from the law firm of Fisher & Phillips LLP and may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient and have received this message in error, please notify us at postmaster@laborlawyers.com<mailto:postmaster@laborlawyers.com> and please delete this message from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited.
>>
>>
>>
>> <image001.gif>
>> <Kablelink NC Document Production Responses.pdf>
>> <Kablelink Document Production Responses.pdf>
>> <Kablelink NC 2d Set Interrogatory Responses.pdf>
>> <Kablelink 2d Set Interrogatory Responses.pdf>
> <image001.gif>

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.


CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.