UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAKEEL ABDUL-RASHEED, on behalf
of himself and others similarly situated,

       Plaintiff,

v.                                              Case No.  8:13-cv-879-T-24 MAP

KABLELINK COMMUNICATIONS, LLC
and KABLELINK COMMUNICATIONS
OF NORTH CAROLINA, LLC,

       Defendants.
_____/

## **ORDER**

       This cause comes before the Court on the parties' Joint Motion for In Camera Review of Settlement Agreement or to Seal Settlement Documents. (Doc. No. 110).  As explained below, the motion is denied.

       This is a Fair Labor Standards Act case, in which the parties ask for the Court to conduct an in camera review or to seal the parties' settlement documents.  Local Rule 1.09(a) provides the following: "No settlement agreement shall be sealed absent extraordinary circumstances, such as the preservation of national security, protection of trade secrets or other valuable proprietary information, protection of especially vulnerable persons including minors or persons with disabilities, or protection of non-parties without either the opportunity or ability to protect themselves."  The parties have not shown that extraordinary circumstances are present such that the sealing of the settlement documents would be warranted.  Likewise, the Court denies the alternative request for in camera review of the settlement documents, which has the same effect as sealing the documents—both methods preclude public review.

Accordingly, the parties' Joint Motion for In Camera Review of Settlement Agreement or to Seal Settlement Documents (Doc. No. 110) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of April, 2014.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record